IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIE WALTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:02cv617-CSC |
| ) | (WO) |
| QUANTEGY, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This case was filed on May 30, 2002. On January 12, 2005, the defendant filed a suggestion of bankruptcy and this matter has been stayed pending since that time. After reviewing the most recent submission of the parties, the court concludes that the case should be dismissed without prejudice to the right of any party to petition to reinstate this case should such action become necessary. Accordingly, it is

ORDERED and ADJUDGED as follows:

(1) That this case is dismissed without prejudice to the right of any party to petition to reinstate this case to pursue any claim raised in this case but not adjudicated in or discharged by proceedings in the bankruptcy court.

(2) That this reinstatement, if and when allowed, will cause the filing date of any claim reinstated to relate back to the original filing date of this action.

(3) That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken action which entitles that party to seek reinstatement.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

Done this 2nd day of May, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE